UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 18-1730 MWF (ASx)**                                      Date: March 2, 2018

Title   **CBRE, Inc. v. Richard Rizika, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO DECLARATIONS OF SHANE HOLMBERG, NATHANIEL KAPLAN, CORTNEY STARBLE VANDENBURGH, AND SUSAN WADE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER GRANTING LIMITED EXPEDITED DISCOVERY [21]

Before the Court is Plaintiff CBRE, Inc.'s ("Plaintiff" or "CBRE") Application for Leave to File Under Seal Exhibits to Declarations of Shane Holmberg, Nathaniel Kaplan, Cortney Starble Vandenburgh, and Susan Wade in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Re Preliminary Injunction, and Order Granting Limited Expedited Discovery, filed March 1, 2018.  (Docket No. 21).  Plaintiff requests permission to file under seal the unredacted Declarations of Shane Holmberg, Nathaniel Kaplan, Cortney Starble Vandenburgh, and Susan Wade, filed in support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Re Preliminary Injunction, and Order Granting Limited Expedited Discovery.

"In this circuit, we start with a strong presumption in favor of access to court records.  The common law right of access, however, is not absolute and can be overridden given sufficiently compelling reasons for doing so."  *Foltz v. State*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    **CV 18-1730 MWF (ASx)**                                              Date: March 2, 2018

Title          **CBRE, Inc. v. Richard Rizika, et al.**

*Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (citations omitted) (discussing factors relevant to "compelling reasons" standard).

 Plaintiff proposes filing under seal several exhibits that contain non-public information relating to a confidentiality agreement between Defendant Richard Rizika and Plaintiff, and confidential obligations between Plaintiff and Defendants Richard Rizika and Mitchell Hernandez.  Plaintiff has demonstrated good cause for filing these exhibits under seal.  *See* Fed. R. Civ. P. 26(c); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (stating that "sources of business information that might harm a litigant's competitive standing" properly may be sealed); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential records, development, or commercial information.").

 Accordingly, Plaintiff's Application is **GRANTED**.  Plaintiff may file under seal the unredacted Declarations of Shane Holmberg, Nathaniel Kaplan, Cortney Starble Vandenburgh, and Susan Wade, in support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Re Preliminary Injunction, and Order Granting Limited Expedited Discovery.

 IT IS SO ORDERED.

                          Initials of Preparer:  RS/sjm