Victor T. Fu (SBN 191744)
Albert T. Liou (SBN 180258)
LKP GLOBAL LAW, LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, California 90024
Telephone: (310) 208-1182
Facsimile: (310) 208-1154
Email:  vfu@lkpgl.com
        aliou@lkpgl.com

Attorneys for Defendants
BETA RETAIL, INC., RICHARD RIZIKA
and MITCHELL HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBRE, INC., a Delaware corporation.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD RIZIKA, an individual; MITCHELL HERNANDEZ, an individual; BETA RETAIL, INC., a California corporation; PLACER LABS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01730-MWF-AS<br><br>**JOINT STIPULATION TO SUSPEND CONSIDERATION OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER GRANTING LIMITED EXPEDITED DISCOVERY** |

1

**JOINT STIPULATION TO SUSPEND CONSIDERATION
OF PLAINTIFF'S *EX PARTE* APPLICATION**

WHEREAS, Plaintiff CBRE, Inc. ("Plaintiff") filed the *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause re: Preliminary Injunction and Order Granting Limited Expedited Discovery (the "*Ex Parte* Application") on March 1, 2018;

WHEREAS, Defendants Beta Retail, Inc., Richard Rizika and Mitchell Hernandez (hereafter, collectively, "Defendants") accepted service of the *Ex Parte* Application on March 2, 2018;

WHEREAS, Plaintiff and Defendants are presently formalizing an agreement by and between them to resolve the request for relief sought by Plaintiff's *Ex Parte* Application;

WHEREAS, Defendants and Plaintiffs agree that any consideration of Plaintiff's *Ex Parte* Application should be suspended, without prejudice to renewal, pending their efforts to formalize the resolution via written agreement;

WHEREAS, in the event either Plaintiff determines or Defendants determine such an agreement cannot be reached or the parties otherwise reach an impasse, such party or parties shall notify the Court (and the other party or parties) and, thereafter, Defendants shall be permitted 24 hours (or one court day) to file any opposition to Plaintiff's *Ex Parte* Application prior to the Court's due consideration thereof;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, and by their respective counsel, that the Court's consideration of Plaintiff's *Ex Parte* Application and the relief requested therein shall be suspended, without prejudice to renewal, pending further notification from the parties hereto and, in the event either party determines such an agreement cannot be reached or the parties otherwise reach an impasse, such party or parties shall notify the Court (and the other parties) and Defendants shall be permitted 24 hours (or one court day) to file any opposition to Plaintiff's *Ex Parte* Application prior to the Court's due consideration thereof.

1     SO STIPULATED.

2     I, Victor T. Fu, hereby attest, pursuant to Local Rule 5-4.3.4, that all of the undersigned concur in the content of this Joint Stipulation and have authorized its filing.

Respectfully submitted by,

DATED: March 5, 2018      LKP GLOBAL LAW, LLP

By: /s/ Victor T. Fu
    Victor T. Fu
Attorneys for Defendants
BETA RETAIL, INC., RICHARD RIZIKA, AND MITCHELL HERNANDEZ

DATED: March 5, 2018      K&L GATES, LLP

By: /s/ Christina Goedrich
    Christina Goodrich
Attorneys for Plaintiff CBRE, INC.

**JOINT STIPULATION TO SUSPEND CONSIDERATION
OF PLAINTIFF'S *EX PARTE* APPLICATION**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **JOINT STIPULATION TO SUSPEND CONSIDERATION OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER GRANTING LIMITED EXPEDITED DISCOVERY** was filed electronically with the Clerk of the Court this 5th day of March 2018, and will be served electronically to designated CM/ECF participant counsel through the court's electronic filing system.

/s/ Fran Castro